

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-5091

July 26, 2024

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
San Francisco, CA 94119-3939

    RE:   *In re Nielsen v. Northern District of California*, No. 24-867

Dear Ms. Dwyer:

    We respectfully submit this letter to notify the Court that the United States and plaintiffs have agreed in principle to settle the matter in *Wilbur P.G. et al., v. United States*, No. 4:21-cv-04457 (N.D. Cal.), from which this mandamus petition arises. The United States expects the settlement agreement to be finalized in the coming weeks and will promptly alert the court of any material developments concerning the settlement of the underlying action.

                  Sincerely,

                  *s/ Catherine Padhi*
                  Catherine Padhi

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2024, I electronically filed the foregoing letter with the Clerk of the Court by using the appellate ACMS system. Service has been accomplished via email to the following counsel:

TORRIDON LAW PLLC
Patrick F. Philbin
pphilbin@torridonlaw.com
Chase Harrington
charrington@torridonlaw.com

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
James D. Wareham
james.wareham@friedfrank.com
James E. Anklam
james.anklam@friedfrank.com

KEKER, VAN NEST & PETERS LLP
Travis Silva
tsilva@keker.com
Brook Dooley
bdooley@keker.com
Christopher S. Sun
csun@keker.com
Evan H. McIntyre
emcintyre@keker.com

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAR AREA
Rachel Sheridan
rsheridan@lccrsf.org
Jordan Wells
jwells@lccrsf.org

ACLU FOUNDATION OF NORTHERN CALIFORNIA
Bree Bernwanger
bbernwanger@aclunc.org
Neil K. Sawhney
nsawhney@aclunc.org

In addition, a copy of the foregoing document was provided to the District Court for the Northern District of California by email to Magistrate Judge Kandis A. Westmore's chambers, kawpo@cand.uscourts.gov.

                                            */s/ Catherine Padhi*
                                            Catherine Padhi