FILED

JUL 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

KIRSTJEN M. NIELSEN, former Secretary of Homeland Security,

    Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND,

    Respondent,

WILBUR P.G.; et al.,

    Real Parties in Interest,

------------------------------------------

UNITED STATES OF AMERICA; et al.,

    Amici Curiae.

No. 24-867

D.C. No. 4:23-mc-80280 Northern District of California, San Francisco

ORDER

Before: RAWLINSON, FORREST, and SUNG, Circuit Judges.

The Court is in receipt of the letter dated July 26, 2024 (Dkt. #69), stating that the parties "have agreed in principle to settle" the district court case underlying this mandamus action. In view of the representation by the United States that it "expects the settlement agreement to be finalized in the coming weeks,"

2

proceedings in this Court are stayed for sixty (60) days from the date of this order. If no Notice of Dismissal is filed by that date, the stay will be lifted and the Court will proceed to a decision on this appeal.