

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-5091

January 22, 2025

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
San Francisco, CA 94119-3939

    RE:   *In re Nielsen v. Northern District of California*, No. 24-867

Dear Ms. Dwyer:

    We respectfully submit this letter to update the Court on the status of settlement between the United States and plaintiffs in *Wilbur P.G. et al., v. United States*, No. 4:21-cv-04457 (N.D. Cal.), from which this mandamus petition arises. The settlement agreements have been executed. Plaintiffs dismissed their case on January 21, 2025, and the clerk of the court closed the case. The stipulation of dismissal is attached.

                                          Sincerely,

                                       *s/ Catherine Padhi*
                                       Catherine Padhi

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2025, I electronically filed the foregoing letter with the Clerk of the Court by using the appellate ACMS system. Participants in the case are registered ACMS users, and service will be accomplished by the appellate ACMS system.

In addition, a copy of the foregoing document was provided to the District Court for the Northern District of California by email to Magistrate Judge Kandis A. Westmore's chambers, kawpo@cand.uscourts.gov.

                                                     *s/ Catherine Padhi*
                                                     Catherine Padhi

| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BROOK DOOLEY #230423<br>bdooley@keker.com<br>TRAVIS SILVA #295856<br>tsilva@keker.com<br>CHRISTOPHER S. SUN #308945<br>csun@keker.com<br>CHRISTINA LEE #314339<br>clee@keker.com<br>JACQUELINE CONCILLA #335733<br>jconcilla@keker.com<br>SARA FITZPATRICK #337360<br>sfitzpatrick@keker.com<br>EVAN H. MCINTYRE #349409<br>emcintyre@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188<br><br>Attorneys for Plaintiffs<br><br>*[Additional Counsel on the following page]* | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br>PAMELA T. JOHANN (CABN 145558)<br>KENNETH W. BRAKEBILL (CABN 196696)<br>KELSEY J. HELLAND (CABN 298888)<br>Assistant United States Attorneys<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7167<br>Fax: (415) 436-6748<br>kenneth.brakebill@usdoj.gov<br><br>Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR P. G.; WILFREDO BALTAZAR P. E. a minor child; ERENDIRA C. M.; YASMIN ALICIA M. C. a minor child; JOSHUA G. G.; and KARL LUIS G. G.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 4:21-cv-04457-KAW<br><br>**STIPULATION FOR DISMISSAL**<br><br>Judge:　　　Hon. Kandis A. Westmore<br><br>Date Filed:　June 10, 2021<br><br>Trial Date:　Stayed |

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
RACHEL SHERIDAN #230409
rsheridan@lccrsf.org
JORDAN WELLS #326491
jwells@lccrsf.org
VICTORIA PETTY #338689
vpetty@lccrsf.org
131 Steuart Street #400
San Francisco, CA 94105
Telephone:    415 543 9444

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF NORTHERN CALIFORNIA
BREE BERNWANGER #331731
bbernwanger@aclunc.org
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Attorneys for Plaintiffs

## STIPULATION FOR DISMISSAL

Plaintiffs Wilbur P. G.; Wilfredo Baltazar P. E., a minor child; Erendira C. M.; Yasmin Alicia M. C., a minor child; Joshua G. G.; and Karl Luis G. G. ("Plaintiffs") and Defendant United States of America ("Defendant") (together, "Parties"), by and through their respective counsel of record, previously provided notice that they had agreed in principle to settle this matter. Dkt. 233. All conditions of the Parties' settlement stipulations have now been satisfied, including the Court's approval of the minor settlements, *see* Dkt. 246, and payment of settlement funds to the Plaintiffs. The Parties therefore stipulate to the dismissal with prejudice of all claims in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their respective fees and costs.

Dated: January 21, 2025

KEKER, VAN NEST & PETERS LLP

By: */s/ Travis Silva*
BROOK DOOLEY
TRAVIS SILVA
CHRISTOPHER S. SUN
CHRISTINA LEE
JACQUELINE CONCILLA
SARA FITZPATRICK
EVAN H. MCINTYRE

Attorneys for Plaintiffs

Dated: January 21, 2025

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA

By: */s/ Jordan Wells*
RACHEL SHERIDAN
JORDAN WELLS
VICTORIA PETTY

Attorneys for Plaintiffs

1
STIPULATION FOR DISMISSAL
Case No. 4:21-cv-04457-KAW

2841062

|   |   |   |
|---|---|---|
| Dated: January 21, 2025 |   | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
|   | By: | */s/ Bree Bernwanger* <br> BREE BERNWANGER <br><br> Attorneys for Plaintiffs |
| Dated: January 21, 2025 |   | ISMAIL J. RAMSEY <br> UNITED STATES ATTORNEY |
|   | By: | */s/ Kelsey J. Helland* <br> KENNETH BRAKEBILL <br> KELSEY J. HELLAND <br> Assistant United States Attorneys <br> Attorneys for Defendant |

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: January 21, 2025

By:   */s/ Travis Silva*
      Travis Silva